JOSEPHINE MANGANELLO v. BOARD OF REVIEW,
DEPARTMENT OF LABOR AND INDUSTRY.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDGAR A. LONG, JR.

March 25, 1980.

Petition for certification denied.

WILLIAM FISCHER v. EDWIN ROTH, COMMISSIONER
OF PUBLIC SAFETY.

March 25, 1980.

Petition for certification denied.